UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ESTATE OF CHARLES COBB, DECEASED
AND DALARION TRAYLOR                                              PLAINTIFFS

VS.                                         CIVIL ACTION NO. 1:17cv46-SA-DAS

LEE COUNTY, MISSISSIPPI, JUDY GOVATOS,
CHRIS BANIK AND BRANDON BYRD                                      DEFENDANTS

## ORDER OF DISMISSAL

The Plaintiffs Dalarion Traylor and Estate of Charles Cobb, and Defendants, Lee County, Mississippi, Judy Govatos, Chris Banik and Brandon Byrd, have moved the Court *ore tenus* to dismiss Dalarion Traylor's and the Estate of Charles Cobb's cause of action as to the above stated Defendants with prejudice. The Plaintiffs Dalarion Traylor and the Estate of Charles Cobb and the Defendants have advised the Court that they have reached a settlement agreement, which satisfies all claims which the Plaintiffs Dalarion Traylor and the Estate of Charles Cobb have asserted against Defendants. The Court having considered the Motion is of the opinion that it is well taken and should be sustained.

Dalarion Traylor's and the Estate of Charles Cobb's causes of action are hereby dismissed as to the above stated Defendants with prejudice, and each party to this dismissal to bear its own costs.

**SO ORDERED** this the 24th day of January, 2018.

/s/ Sharion Aycock
UNITED STATES DISTRICT COURT

AGREED TO:


**/s/ R. Shane McLaughlin**
R. Shane McLaughlin, Esq., MB# 101185
One of the Attorneys for Plaintiffs
Dalarion Traylor and the Estate of Charles Cobb


**/s/ William C. Murphree**
William C. Murphree, Esq., MB# 3661
One of the Attorneys for Lee County, Mississippi,
Judy Govatos, Chris Banik and Brandon Byrd